# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SHERNISE HOLLINS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REGIONS BANK,<br><br>Defendant. | Case No.: 4:20-cv-00697<br><br>Honorable Judge Rodney W. Sippel |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that SHERNISE HOLLINS (the "Plaintiff"), REGIONS BANK, (the "Defendant"), hereby notify the Court the parties have reached settlement, and are in process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: August 26, 2020

Respectfully submitted,

SHERNISE HOLLINS

By: */s/ Mohammed Badwan*

Mohammed Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com