# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SHERNISE HOLLINS, individually, and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>REGIONS BANK,<br><br>　　Defendant. | Case No.: 4:20-cv-00697<br><br>Honorable Judge Rodney W. Sippel |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, SHERNISE HOLLINS, and Defendant, REGIONS BANK, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to a dismissal with prejudice of Plaintiff's individual claims against REGIONS BANK. The parties further stipulate to the dismissal of the class claims without prejudice pursuant to Fed. R. Civ. P. 23(e). Each party to bear its own attorney's fees and costs.

Dated: October 8, 2020　　　　　　　　　　Respectfully Submitted,

SHERNISE HOLLINS　　　　　　　　　　　REGIONS BANK

*/s/ Mohammed O. Badwan*　　　　　　　　*/s/ Scott J. Helfand (with consent)*
Mohammed O. Badwan　　　　　　　　　　Scott J. Helfand, #6283064
SULAIMAN LAW GROUP, LTD.　　　　　　HUSCH BLACKWELL LLP
2500 South Highland Avenue　　　　　　　120 S. Riverside Plaza, Suite 2200
Suite 200　　　　　　　　　　　　　　　　Chicago, Illinois 60606
Lombard, Illinois 60148　　　　　　　　　　Phone: (312) 655-1500
+1 630-575-8181　　　　　　　　　　　　　Fax: (312) 655-1501
mbadwan@sulaimanlaw.com　　　　　　　　scott.helfand@huschblackwell.com