# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

SHERNISE HOLLINS, individually, and on behalf of all others similarly situated,

    Plaintiff,

v.

REGIONS BANK,

    Defendant.

Case No.: 4:20-cv-00697

Honorable Judge Rodney W. Sippel

*So Ordered*
*/s/ Sippel  10/9/2020*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, SHERNISE HOLLINS, and Defendant, REGIONS BANK, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to a dismissal with prejudice of Plaintiff's individual claims against REGIONS BANK. The parties further stipulate to the dismissal of the class claims without prejudice pursuant to Fed. R. Civ. P. 23(e). Each party to bear its own attorney's fees and costs.

Dated: October 8, 2020

SHERNISE HOLLINS

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
mbadwan@sulaimanlaw.com

Respectfully Submitted,

REGIONS BANK

*/s/ Scott J. Helfand (with consent)*
Scott J. Helfand, #6283064
HUSCH BLACKWELL LLP
120 S. Riverside Plaza, Suite 2200
Chicago, Illinois 60606
Phone: (312) 655-1500
Fax: (312) 655-1501
scott.helfand@huschblackwell.com